JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC, <br>           Plaintiff, <br> v. <br> POWER TRADE DIRECT, ET AL., <br>           Defendants. | Case No. CV 17-2093-DMG (JEMx) <br><br> **JUDGMENT** |

On November 3, 2017, this Court having granted Plaintiff's motion for default judgment against Defendant Carlos Andrews Levii f/k/a Carl Encarnacion and d/b/a Power Trade Direct (hereinafter "Defendant"),

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Beachbody, LLC and against Defendant in the following amount: $206,010.80, plus attorneys' fees in the amount of $7,720.22.

Additionally, Defendant is permanently enjoined and restrained from the following:

1. copying, importing, advertising, distributing, offering for sale, selling, whether directly or indirectly, counterfeit BEACHBODY®-branded P90X3® exercise kits and DVDs, including any merchandise of any kind bearing Plaintiff's marks or names that are confusingly similar to the trademarks, trade names, designs or logos of Plaintiff; and

2. using Plaintiff's registered BEACHBODY® and P90X3® trademarks in commerce or any copy, reproduction, or colorable imitation, or confusingly similar simulation of Plaintiff's trademarks on or in connection with the promotion, advertising, distribution, manufacture or sale of goods;

Defendant is further ordered to do the following:

1. cancel, withdraw and recall all his promotions, advertisements and merchandise bearing Plaintiff's registered trademarks or any confusingly similar simulation to Plaintiff's registered trademarks, which have been published, placed or shipped by Defendant or under Defendant's authority, to any person, entity, or customer, including, without limitation, any publisher, agency, wholesaler, distributor, retailer, consignor or marketer, and also deliver to each publisher or customer a copy of this Court's order as it relates to said injunctive relief against Defendant; and deliver to Plaintiff for destruction all counterfeit and unauthorized BEACHBODY®-branded products, including but not limited to P90X3® exercise kits and DVDs, and related BEACHBODY® products and materials relating thereto in his possession or under his control to the extent that any of these items are in Defendant's possession, custody, or control.

**IT IS SO ORDERED.**

DATED: November 3, 2017

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE